JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SKC KOLON PI, INC.<br><br>Plaintiff,<br><br>v.<br><br>KANEKA CORPORATION<br><br>Defendants. | Case No. LACV 16-05948 AG (MAAx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Plaintiff and against Defendant on all claims for relief.

Dated June 28, 2019

_____
Hon. Andrew J. Guilford
United States District Judge